MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
DAVID LERCH, CSBN 229411
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8936
    Facsimile: (415) 744-0134
    E-Mail: David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NICOLE PARLA, | |
|     Plaintiff, | CASE NO. 4:12-cv-00373-CW |
| v. | STIPULATION AND ~~PROPOSED~~ ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND REQUEST FOR ENTRY OF JUDGMENT FOR PLAINTIFF AND AGAINST DEFENDANT |
| MICHAEL J. ASTRUE, Commissioner of Social Security | |
|     Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Administrative Law Judge (ALJ), will reconsider the medical evidence and reevaluate the Plaintiff's residual functional capacity without reference to consultative examiner Dr. Bunsri T. Sophon's opinion, and if necessary, order a new consultative examination or medical expert testimony. The ALJ will also associate the prior claim file with this claim, inquire as to the Plaintiff's alleged onset date, and if necessary, apply the medical improvement standard set forth by 20 C.F.R. § 404.1594.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the

1 | Commissioner.
2 |                                        Respectfully submitted,

Dated: August 1, 2012         By:    *s/ Katherine Siegfried*

                                         [as e-authorized via email]
                                         KATHERINE SIEGFRIED,
                                         Attorney for Plaintiff

Dated: August 1, 2012                                MELINDA L. HAAG
                                                       United States Attorney

                                       By:    *s/ David Lerch*
                                                          DAVID LERCH
                                                          Special Assistant United States Attorney
                                                          Attorneys for Defendant

                                                          <u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated   8/2/2012                                                _____
                                                                  THE HONORABLE CLAUDIA WILKEN
                                                                   UNITED STATES DISTRICT JUDGE